UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

SANTANDER BANK, N, A.,

                    Plaintiff(s),

-against-

BISON EXPEDITE INCORPORATED d/b/a
VRZ Trucking and VICTOR H. RAMIREZ a/k/a
VICTOR HUGO RAMIREZ,

                    Defendant(s).

-----------------------------------------------------------------------X

**REQUEST FOR CERTIFICATE OF DEFAULT**
2:23-CV-06233

TO:    BRENNA B. MAHONEY
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

        Please enter the default of defendant(s), <u>BISON EXPEDITE INCORPORATED d/b/a VRZ Trucking</u> pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of <u>Linda Mandel Gates.</u>

Dated: January 4, 2024

By: /s/ *Linda Mandel Gates*
PLATZER, SWERGOLD,
GOLDBERG, KATZ & JASLOW, LLP
475 Park Avenue South, 18th Floor
New York, New York 10016
Tel. (212) 593-3000
Email: lgates@platzerlaw.com
Attorneys for Santander Bank, N.A.