UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SANTANDER BANK, N, A.,

                Plaintiff(s),           CERTIFICATE OF DEFAULT

-against-                                      2:23-CV-06233

BISON EXPEDITE INCORPORATED d/b/a
VRZ Trucking and VICTOR H. RAMIREZ a/k/a
VICTOR HUGO RAMIREZ,

                Defendant(s).

-------------------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant <u>BISON EXPEDITE INCORPORATED d/b/a VRZ Trucking</u> has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant <u>BISON EXPEDITE INCORPORATED d/b/a VRZ Trucking</u> is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:_____, New York
              , 20<u>24</u>

                                                BRENNA B. MAHONEY, Clerk of Court

                                               By:_____
                                                      Deputy Clerk