UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTANDER BANK, N.A.,<br><br>Plaintiff,<br>v.<br><br>BISON EXPEDITE INCORPORATED d/b/a VRZ Trucking and VICTOR H. RAMIREZ a/k/a VICTOR HUGO RAMIREZ,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br>23-CV-06233 (ST) (NRM) |

NINA R. MORRISON, United States District Judge:

Plaintiff Santander Bank, N.A. has moved for default judgment against Defendants Bison Expedite Incorporated d/b/a VRZ Trucking and Victor Hugo Ramirez for breach of a note and schedule, breach of a guaranty, foreclosure of a security interest, and replevin. On October 27, 2025, this Court referred the motion to Magistrate Judge Steven Tiscione for a Report and Recommendation ("R&R"). Judge Tiscione issued an R&R on August 28, 2026, recommending that the motion be granted. ECF No. 25.

The Court hereby adopts, in its entirety, the well-reasoned R&R of the Honorable Steven Tiscione. It has been more than fourteen days since the filing of the R&R, and the parties have not filed objections. As such, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. *See, e.g.*, *Singh v. Anmol Food Mart, Inc.*, No. 22-CV-5475 (RER) (JAM), 2025 WL 611121,

at *1 (E.D.N.Y. Feb. 26, 2025) (reviewing Report and Recommendation without objections for clear error).

The motion for default judgment is thus GRANTED as to Plaintiff's claims for liability under Count One, breach of note, and Count Three, foreclosure of its security interest. Plaintiff is also permitted to foreclose its interest in the Collateral, *see* Compl. ¶¶ 8, 9, ECF No. 1, and sell or otherwise dispose of the Collateral in accordance with the Loan Documents and applicable law. Defendant Bison, together with its officers, agents, employees, assigns, representatives, and persons acting in concert with it, are hereby enjoined from moving, selling, assigning, transferring, secreting, or otherwise disposing of the Collateral.

Before monetary damages are awarded, for the reasons stated in the R&R, Plaintiff shall file a revised damages calculation supported by appropriate documentary evidence by October 21, 2026. *See* R. & R. at 10–14, ECF No. 25. The Clerk of Court is respectfully directed to enter default judgment in accordance with this Order.

**SO ORDERED.**

*/s/ Nina R. Morrison*
NINA R. MORRISON
United States District Judge

Dated: September 22, 2026
Brooklyn, New York